466 A.2d 709

Commonwealth v. Woods, Jr., Appellant.
Petition for Allowance of Appeal
Denied Jan. 16, 1984.

Argued April 28, 1983.   Raymond Harry Bogaty, Assistant Public Defender, for appellant; James P. Epstein, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

Judgment of sentence affirmed.